# IN THE SUPREME COURT OF THE STATE OF NEVADA

TRUMBULL INSURANCE COMPANY;
AND CENTRAL FLORIDA
INVESTMENTS,

Appellants,

vs.

LOURDES LEMOS NADER,

Respondent.

No. 75506

**FILED**

MAR 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Jerry A. Wiese, District Judge
Carolyn Worrell, Settlement Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Jenny Legal
Eighth District Court Clerk

19-13266